# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3760WM

_____

| | | |
|---|---|---|
| Gary J. Fuller, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Board of Curators of Lincoln | * | Appeal from the United States |
| University, Members in Personal and | * | District Court for the Western |
| Individual capacities; Claude Rogers, | * | District of Missouri. |
| Member of the Board of Curators of | * | |
| Lincoln University; John Heyward, Jr., | * | [UNPUBLISHED] |
| Member of the Board of Curators of | * | |
| Lincoln University; Donald Wyss, | * | |
| Member of the Board of Curators of | * | |
| Lincoln University; Yvonne Wilson, | * | |
| Member of the Board of Curators of | * | |
| Lincoln University; Robert Taylor, | * | |
| Member of the Board of Curators of | * | |
| Lincoln University; Robert Culler, | * | |
| Member of the Board of Curators of | * | |
| Lincoln University; Stephana | * | |
| Landwehr, Member of the Board of | * | |
| Curators of Lincoln University; George | * | |
| Brooks, Member of the Board of | * | |
| Curators of Lincoln University, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  June 26, 2003

Filed:  July 2. 2003
_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.
_____

PER CURIAM.

Gary Fuller brought a 42 U.S.C. § 1983 action against the members of Lincoln University's Board of Curators, seeking damages against them in their individual capacities for constitutional and state law violations.  He appeals only the district court's[1] adverse grant of summary judgment on his state law fraudulent-concealment claim.  Upon de novo review, see Rademeyer v. Farris, 284 F.3d 833, 836 (8th Cir. 2002), we conclude that judgment for defendants was appropriate.  Undisputed evidence showed that Mr. Fuller's injury--whether it was the cancellation of his enrollment, or his non-reinstatement--did not result from concealment of a certain University policy, but from Mr. Fuller's failure to comply with requirements of which he had knowledge.  See Dechant v. Saaman Corp., 63 S.W.3d 293, 295 (Mo. Ct. App. 2001) (elements of claim for nondisclosure or fraudulent misrepresentation).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.